**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

VELISA BROWN,

        Plaintiff,                           Case No. 23-cv-11371-FKB-CI
                                                 Hon. Kay Behm

-vs-

RCO ENGINEERING,

        Defendant.

_____/

| | |
|---|---|
| Carla D. Aikens (P69530) | |
| Tasha Brownlee (P84359) | Darice E. Weber (P52084) |
| Attorneys for Plaintiff | Secrest Wardle |
| Carla D. Aikens, P.L.C | Attorney for Defendant |
| 615 Griswold, Suite 709 | 2600 Troy Center Drive/P.O. Box 5025 |
| Detroit, Michigan 48226 | Troy, MI 48007-5025 |
| carla@aikenslawfirm.com | Tel: (248) 851-9500/Fax: (248) 538-1223 |
| tasha@aikenslawfirm.com | dweber@secrestwardle.com |

_____/

**ORDER REQUIRING FACILITATION**
**AND DOCUMENTARY SUPPORT FOR CLAIMED DAMAGES**

      **IT IS HEREBY ORDERED** that the parties are to re-facilitate this matter with Magistrate

Judge Ivy on June 18, 2026, at 10:00 AM.

      **IT IS FURTHER ORDERED** that all parties must submit facilitation summaries and all

supporting documentary proof for claimed damages to both Judge Behm and Magistrate Judge Ivy at

least fourteen (14) days before the scheduled facilitation.

      **IT IS FURTHER ORDERED** that all clients with settlement authority must attend facilitation

in person unless excused by Magistrate Judge Ivy prior to the facilitation.

      This is not a final order and does not close this case.

      **SO ORDERED.**

Date: March 18, 2026                    s/F. Kay Behm
                                     F. Kay Behm
                                     United States District Judge

1